CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Roanoke
APR 0 4 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WEILY LIU BOKEL, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00639 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to the petitioner.

ENTER: This 4th day of April, 2007.

Hon. Norman K. Moon
United States District Judge